```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

CHRISTOPHER ANDREW WARD,           1:19-cv-21145 (NLH)

        Petitioner,           **MEMORANDUM OPINION & ORDER**

   v.

DAVID E. ORTIZ, et al.,

        Respondents.

**APPEARANCES**:

Craig Carpenito, United States Attorney
Jane Dattilo, Assistant U.S. Attorney
Office of the U.S. Attorney
District of New Jersey
970 Broad Street
Newark, NJ 07102
    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, on December 6, 2019, Petitioner Christopher Andrew Ward filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent to answer the petition within 30 days of December 19, 2019, see ECF No. 2; and

    WHEREAS, on January 31, 2020, after its answer was due, Respondent filed a request for an extension of time to file its answer, see ECF No. 4; and

    WHEREAS, Respondent is reminded of its obligation to comply with Court Orders or seek relief prior to the expected date of

compliance;

THEREFORE, IT IS on this  13th   day of February, 2020

ORDERED that Respondent's request for an extension of time, ECF No. 4, is granted *nunc pro tunc*.  The answer is due March 20, 2020; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

                                                    s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.

compliance;

THEREFORE, IT IS on this  13th   day of February, 2020

ORDERED that Respondent's request for an extension of time, ECF No. 4, is granted *nunc pro tunc*.  The answer is due March 20, 2020; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

                                                    s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.